IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF TEXAS,
ABILENE DIVISION

| | |
|---|---|
| **MARIA TRINIDAD GOMEZ CAMACHO, Individually and as Representative of the Estate of PEDRO BECERRA CONTRERAS, Deceased, and as Next Friend of ROSIO ELIZABETH CONTRERAS GOMEZ, MARIO SERVIN GOMEZ, SERTLIN GOMEZ, and EVA CONTRERAS SERVIN, Minor Children,** § § § § § § § § § § § § **CIVIL ACTION NO:1-09CV-164-0** | |
| PLAINTIFFS, § § | |
| VS. § § § § | |
| **PRICE CONSTRUCTION, LTD., and PRICE FAMILY HOLDINGS, LLC** § § § | |
| DEFENDANT. § | |

**PLAINTIFFS' APPENDIX TO BRIEF IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, MARIA TRINIDAD GOMEZ CAMACHO, Individually and as Representative of the Estate of PEDRO BECERRA CONTRERAS, Deceased, and as Next Friend of ROSIO ELIZABETH CONTRERAS GOMEZ, A Minor Child, and submits this their Appendix to Brief in Response to Defendants' Price Construction, Ltd., and Price Family Holdings, LLC's Motion for Summary Judgment.

Respectfully Submitted,

**SASSIN LAW FIRM, P.C.**

_____
F. Bady Sassin
Texas Bar No: 00788357

*Meadow Park Tower*
10440 N. Central Expwy., Suite 1120
Dallas, Texas 75231
Telephone:   (214) 754-5500
Facsimile:    (214) 754-9100

APPEARING FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of September, 2010, I transmitted the attached document to the all counsel of record by the method shown below in accordance with the Federal Rules of Civil Procedure:

Mr. Kirk D. Willis, Esq.             VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
Ms. Amy Beth Pollock, Esq.
Helms & Green, LLC
1700 Pacific Avenue, Suite 1000
Dallas, Texas 75201

_____
F. Bady Sassin

## INDEX

| | |
|---|---|
| Excerpts from the Oral Deposition of Bobby Price ................ | Appendix Exhibit No: 1 |
| Defendant, Price Construction, Ltd.'s Response to Plaintiffs' Interrogatory No: 2 ......................... | Appendix Exhibit No: 2 |

Certified Copies of the following Corporate Documents:

| | |
|---|---|
| Articles of Incorporation, West Texas Roads, Inc., ............... | Appendix Exhibit No: 3 |
| Change of Registered Agent/Office, West Texas Roads, Inc. ............... | Appendix Exhibit No: 3 |
| Change of Registered Agent/Office, West Texas Roads, Inc. ............... | Appendix Exhibit No: 3 |
| Articles of Dissolution, West Texas Roads, Inc., ................ | Appendix Exhibit No: 3 |
| Excerpts from the Oral Deposition of Maria Camacho ......................... | Appendix Exhibit No: 4 |
| Excerpts from the Oral Deposition of Sele Vasquez .............................. | Appendix Exhibit No: 5 |
| Excerpts from the Oral Deposition of Steve Girby ............................... | Appendix Exhibit No: 6 |
| Excerpts from the Oral Deposition of Billie Joe Hines ......................... | Appendix Exhibit No: 7 |